**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRUCE WHITTLER, | ) |
| Plaintiff, | ) ) ) Case No.: 14-cv-9423 |
| v. | ) ) Judge: Sara L. Ellis |
| MIDLAND FUNDING, LLC, | ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Defendant, MIDLAND FUNDING, LLC (hereinafter "Defendant"), respectfully requests that this Court enter an order extending the discovery cutoff through and including July 14, 2015. In support of this motion, Defendant states:

1. The parties are actively engaged in discovery.

2. Defendant noticed Plaintiff's deposition for June 29, 2015. However, Defendant is still awaiting part of Plaintiff's discovery responses, which are needed prior to taking Plaintiff's deposition.

3. Discovery is set to close on June 30, 2015. (Docket # 34.)

4. In light of the foregoing, the parties request that this Court extend the discovery cutoff through and including July 14, 2015, so that Plaintiff may produce the outstanding discovery and Defense counsel may then take Plaintiff's deposition.

5. No other deadlines will be affected by granting the instant motion.

6. Counsel for Defendant communicated with opposing counsel about the instant motion; Plaintiff has no objection to the relief requested herein.

WHEREFORE, Defendant respectfully requests that this Court extend the discovery cutoff through and including July 14, 2015.

131103488v1 0966834

Respectfully submitted,


*s/ Katherine H. Tresley*


David M. Schultz
Katherine H. Tresley
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com
ktresley@hinshawlaw.com
Phone No.: 312-704-3000

**CERTIFICATE OF SERVICE**

    I, Katherine H. Tresley, hereby certify that on June 30, 2015, I caused to be filed the foregoing documents via the CM/ECF System which sent notice to all counsel of record.

                                            *s/ Katherine H. Tresley*