**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRUCE WHITTLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND FUNDING, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 14-cv-9423 <br><br> Judge: Sara L. Ellis |

**NOTICE OF MOTION**

To: Ahmad Sulaiman, Esq.
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523

    **PLEASE TAKE NOTICE** that on July 7, 2015 at 9:45 a.m., or soon hereafter as this Motion may be heard, I shall appear before the Honorable Sara L. Ellis or any Judge sitting in Courtroom 1403 of the United States District Court for the Northern District of Illinois and then and there present **Defendant's Unopposed Motion to Extend Discovery Deadline**, a copy of which is served upon you.

                                                      Respectfully submitted,

                                                      MIDLAND FUNDING, LLC
                                                      Defendant

                                                      *s/ Katherine H. Tresley*
                                                      Katherine H. Tresley

David M. Schultz
Katherine H. Tresley
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
E-mail: ktresley@hinshawlaw.com

131103716v1 0966834

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing document by using the CM/ECF system, which will send notification of such filing(s) to:

Ahmad Sulaiman, Esq.
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
ahmad.sulaiman@sulaimanlaw.com

        *s/ Katherine H. Tresley*